

# Missouri Court of Appeals
## Southern District

**AUGUST 26, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33118 and SD33119 (Consolidated)

        Re:     IN THE INTEREST OF B.L.S. and C.A.T.S.
                G.K.S.,
                Appellant,
                vs.
                GREENE COUNTY JUVENILE OFFICE,
                Respondent.